**Order entered April 22, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-20-00214-CV
No. 05-20-00404-CV

**CRAIG STEVEN MACKENZIE, 4825 JONES BRIDGE WOODS DRIVE, JOHNS CREEK, GEORGIA 30022, Appellant**

**V.**

**FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY AND FEDERATED NATIONAL INSURANCE COMPANY, Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-11384**

## ORDER

Appellant appeals two separate summary judgment orders arising from the same underlying lawsuit. On the Court's own motion, we **CONSOLIDATE** appellate cause number 05-20-00404-CV into appellate cause number 05-20-00214-CV. Henceforth, the parties shall file all documents under appellate cause number 05-20-00214-CV.

We **DIRECT** the Clerk of this Court to transfer the clerk's record filed in appellate cause number 05-20-00404-CV on April 2, 2020 into appellate cause number 05-20-00214-CV.

The reporter's record is due on May 20, 2020 and shall be filed under appellate cause number 05-20-00214-CV.

We **DIRECT** the Clerk of this Court to send a copy of this order to Deputy Official Reporter Terri Etekochay and all parties.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE